UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN DANIELS,<br><br>         Plaintiff,<br><br>  -against-<br><br>FIDELITY INVESTMENTS; CHARTER COMMUNICATIONS, INC.,<br><br>         Defendants. | 21-CV-10898 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  On February 10, 2022, the Court held that Plaintiff did not have a right of free access to the court, and directed her, within thirty days, to pay the $402.00 in fees required to file a civil action in this court or submit an amended request to proceed *in forma pauperis* (IFP). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees or filed an amended IFP application. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. All other pending matters in this case are terminated.

  Plaintiff consents to electronic service. (ECF 3.)

SO ORDERED.

Dated: March 24, 2022
     New York, New York

                      *Louis L. Stanton*
                        Louis L. Stanton
                          U.S.D.J.