UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILYN DANIELS,

                Plaintiff,

-against-

FIDELITY INVESTMENTS; CHARTER
COMMUNICATIONS, INC.,

                Defendants.

21-CV-10898 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 24, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit an amended request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff consents to electronic service. (ECF 3.)

SO ORDERED.

Dated:   March 24, 2022
             New York, New York

                                                                         *Louis L. Stanton*
                                                                        Louis L. Stanton
                                                                             U.S.D.J.